UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| KEITH MALLORY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 4:13 CV 363 RWS |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

This matter is before me on Keith Mallory's appeal from an adverse ruling of the Social Security Administration. I referred this matter to United States Magistrate Judge Terry I. Adelman for a report and recommendation on all dispositive matters pursuant to 28 U.S.C. § 636(b). On February 5, 2014 Judge Adelman filed his recommendation that the decision of the Commissioner be affirmed and that this case be dismissed.

Any objections to Judge Adelman's Report and Recommendation had to be filed by February 19, 2014. Neither party has filed an objection as of today's date.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the United States Magistrate Judge Adelman [#23] is **SUSTAINED, ADOPTED AND INCORPORATED** herein. The Commissioner's decision denying social security benefits is **AFFIRMED**.

A separate Judgment in accordance with this Memorandum and Order is entered this same date.

RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 3rd day of March, 2014.